## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FRANCIS ORDEAN REESE,      :

                    :

      **Plaintiff,**    :

    v.                 :    **3:15-CV-125**

                    :    **(JUDGE MARIANI)**

SCI-HUNTINGDON, et al.,   :

                    :

      **Defendants.**   :

## ORDER

**AND NOW, THIS** 30th **DAY OF OCTOBER, 2018**, upon review of Magistrate Judge Arbuckle's Report & Recommendation (Doc. 27), for clear error or manifest injustice,

**IT IS HEREBY ORDERED THAT**:

1. The Report & Recommendation (Doc. 27) is **ADOPTED** for the reasons discussed therein.

2. Respondent's Motion for a Suggestion of Mootness (Doc. 26) is **GRANTED**.

3. Plaintiff's Petition, (Doc. 1), is **DISMISSED AS MOOT**.

4. The Clerk of the Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge